NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DEANTHONY MIKE, DOC #H28704,  )
                              )
            Appellant,        )
                              )
v.                            )        Case No. 2D17-3887
                              )
STATE OF FLORIDA,             )
                              )
            Appellee.         )
_____)

Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.



PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.